# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| YENNIER CAPOTE GONZALEZ, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:15-cv-3 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS, Warden of D. Ray James Correctional Facility, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's August 31, 2015, Report and Recommendation, dkt. no. 10, to which Objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court, and Petitioner Yennier Gonzalez's Objections, dkt no. 11, are **OVERRULED**. The Court **DISMISSES** Gonzalez's 28 U.S.C. § 2241 Petition. Gonzalez is **DENIED** *in forma pauperis* status on appeal. The Clerk of Court is **DIRECTED** to enter the appropriate

---

[1] The Court concurs with the Magistrate Judge's Report and Recommendation with one exception. Gonzalez is not denied a Certificate of Appealability, as federal inmates need not obtain a Certificate of Appealability in Section 2241 cases. 28 U.S.C. § 2253(c); Sawyer v. Holder, 326 F.3d 1363, 1364 n.3 (11th Cir. 2003).

judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 29 day of Feby, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA